UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRRALL FARROW CANNON,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. EDCV 08-0019-RGK(CT)<br><br>JUDGMENT |

　　The court has ordered that the petition be dismissed pursuant to 28 U.S.C. § 2244(b), because it is a successive petition, and there is no authorizing order from the Court of Appeals.

　　ACCORDINGLY, IT IS HEREBY ADJUDGED that this petition is denied and dismissed.

DATED: JAN 17 2008

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE